ROLAND COTHRUM v. THE STATE.

No. 22838. Delivered May 17, 1944.

The opinion states the case.

*Robert L. Hurt,* of Dallas, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of forgery, and by the jury assessed a penalty of two years in the State penitentiary.

The record fails to show that appellant has ever been sentenced as is required by Art. 769, Vernon's Ann. C. C. P., and

cases there cited, the conviction being for a felony less than capital.

The appeal is therefore dismissed.